DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREDERICK DOUGLAS JOHNSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-2765

[February 11, 2015]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 311991CF000083B.

Frederick Douglas Johnson, Monticello, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Don M. Rogers, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Jackson v. State*, 971 So. 2d 208, 209 (Fla. 4th DCA 2007).

STEVENSON, GERBER and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***